IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN LEONARD GUARDINE, JR.,

      Plaintiff,

v.                                        4:21cv300–WS/MJF

RON DESANTIS, et al.,

      Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed September 22, 2021. The magistrate judge recommends that this case be dismissed without prejudice for failure to pay the filing fee, to prosecute, and to comply with a court order. Plaintiff's copy of the report and recommendation has been returned to the court marked "Not Deliverable as Addressed; Unable to Forward." Although it is his responsibility to do so, Plaintiff has not provided the court with an adequate address.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___19th___ day of ___October___, 2021.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE